UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JR. DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC, et al.,<br><br>Defendants. | Case No. 24-cv-02409-RS<br><br>**ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE** |

This putative class action was removed to this court from Alameda County Superior Court. On May 23, 2024, plaintiff filed a motion to remand. Any opposition to that motion was due no later than June 6, 2024. None has been filed.

Although the hearing was continued by Clerk's notice, Rule 7-7(d) of the Civil Local Rules expressly provides that "the continuance of the hearing of a motion does not extend the time for filing and serving the opposing papers." Nevertheless, in light of the possibility that defendants believed their time to oppose remand had been extended, and the interest in resolving matters on the merits, defendants may file any opposition to remand (or a statement that they do not oppose remand) within one week of the date of this order, and plaintiff may reply within one week thereafter. The hearing set for July 18, 2024, is vacated. The matter will either be reset for hearing upon completion of the briefing, or decided without oral argument, in the Court's discretion.

**IT IS SO ORDERED**.

Dated: June 25, 2024

_____
RICHARD SEEBORG
Chief United States District Judge